# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY COMANS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
TIMBERLINE TRADING OF
MISSOURI, LLC AND MICHAEL
GLOBE

NO.  2019 CW 0499

**JUL 2 2 2019**

---

In Re:    Michael Globe, State Farm Mutual Automobile Insurance
          Company, Timberline Trading of Missouri, LLC,
          Timberline Trading, Inc., Timberline Trading of Texas,
          LLC and Dotson Logging of Missouri, LLC, applying for
          supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 653413.

---

**BEFORE:   McCLENDON, HIGGINBOTHAM, AND LANIER, JJ.**

   **WRIT DISMISSED.**  This writ application is dismissed
pursuant to relators' correspondence filed on June 7, 2019
advising that the parties have reached an agreement regarding
the subject matter of this application which renders the
application moot and requesting that this writ application be
withdrawn.

                         **PMc**
                         **TMH**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT